IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date: August 31, 2007
Courtroom Deputy: LaDonne Bush
ECR: Shelley Moore a.m.
ECR:  Ellen Miller p.m.

_____

Civil Action No. 07-cv-01754-REB-MEH

| | |
|---|---|
| SUNRISE MEDICAL HHG INC., | Joshua Kirkpatrick |
| a California Corporation, | Darren Nadel |
| | Katherine Dix |
| v. | |
| PERMOBIL, INC., a Tennesse Corporation, | Philip Bledsoe |
| TODD NOVAK, an Individual, | Megan Harry |
| KEVIN MARPLE, an Individual, | |
| SANDRA JOHNSON, an Individual, | |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Temporary Restraining Order**

10:08 a.m.   Court in session.

Court's preliminary comments.

**ORDERED**: Plaintiff's Unopposed Motion for Enlargement of the Page Limit for Its Motion for Temporary Restraining Order (Doc. 4) is granted.

**ORDERED**: Defendants' Motion for Introduction of Telephonic Testimony at Hearing on Plaintiff's Motion for Temporary Restraining Order (Doc. 19) is granted.

**ORDERED**: Plaintiff's Withdrawal of Objection to Defendants' Motion for Introduction of Telephonic Testimony (Doc. 22) is granted.

10:16 a.m.   Opening statement by Mr. Kirkpatrick.

10:59 a.m.      Opening statement by Mr. Bledsoe.

**ORDERED:**   The testimony of Julie Jacono shall be sealed and used for no purpose other than this particular hearing.

11:27 a.m.      Plaintiff's witness, Julie Jacono, sworn.

Direct examination of Ms. Jacono by Mr. Nadel.

12:04 p.m.      Cross examination of Ms. Jacono by Mr. Bledsoe.

12:12 p.m.      Court in recess.
1:27 p.m.       Court in session.

1:30 p.m.       Plaintiff's witness, Kevin Marple, sworn.

Direct examination of Mr. Marple by Mr. Nadel.

Exhibits 16, 17 and employment agreement admitted.

1:48 p.m.       Cross examination of Mr. Marple by Mr. Bledsoe.

Redirect examination by Mr. Nadel.

2:21 p.m.       Plaintiff's witness, Todd Novak, sworn.

Direct examination of Mr. Novak by Mr. Nadel.

Exhibits 13, 14 and 15 admitted.

2:38 p.m.       Cross examination of Mr. Novak by Mr. Bledsoe.

2:54 p.m.       Plaintiff's witness, Sandra Johnson, sworn.

Direct examination of Ms. Johnson by Mr. Nadel.

Cross examination of Ms. Johnson by Mr. Bledsoe.

3:16 p.m.       Redirect examination of Ms. Johnson by Mr. Nagel.

3:18 p.m.       Court in recess.
3:38 p.m.       Court in session.

Plaintiff's witness, Thomas Rolick, sworn.

Direct examination of Mr. Rolick by Mr. Nagel.

3:56 p.m.     Cross examination of Mr. Rolick by Mr. Bledsoe.

4:18 p.m.     Redirect examination of Mr. Rolick by Mr. Nagel.

4:23 p.m.     Plaintiff's witness, Jake McCullough, sworn.

Direct examination of Mr. McCullough by Mr. Kirkpatrick.

Exhibits 24 and 22 admitted.

4:46 p.m.     Cross examination of Mr. McCullough by Mr. Bledsoe.

Court's ruling.

**ORDERED**:  Plaintiff's Motion for Temporary Restraining Order (Doc. 5) is denied.

**ORDERED**:  Plaintiff's Motion for Expedited Discovery (Doc. 25) is granted.

The case will be sent back to Judge Blackburn.

4:59 p.m.     Court in recess.

Time: 05:16
Hearing concluded.