IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-01754-REB-MEH**

**SUNRISE MEDICAL CENTER HHG INC, a California corporation,**

      Plaintiff,

v.

**PERMOBIL, INC., a Tennessee corporation,**
**TODD NOVAK, an individual,**
**KEVIN MARPLE, an individual, and**
**SANDRA JOHNSON, an individual,**

      Defendants.

## ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER

Kane, J.

This matter having come before the Court on the Motion for Temporary Restraining Order and Preliminary Injunction (doc. #5), filed August 27, 2007, by Plaintiff Sunrise Medical HHG Inc. ("Sunrise), the Court having reviewed the Motion and the supporting declarations and exhibits, and heard the testimony of witnesses, hereby orders that the Motion is DENIED. The Court finds that the allegations necessary for the issuance of a temporary restraining order have not been established by a preponderance of evidence. There is no evidence that Plaintiff's alleged trade secrets have been or are about to be misappropriated by any of the named defendants nor is there any evidence that defendants have agreed or conspired to misappropriate Plaintiff's alleged trade secrets.

Therefore, Plaintiff has failed to present proof of first element, a substantial likelihood

of success on the merits, necessary to obtain injunctive relief.

Dated this 5th day of September, 2007.

BY THE COURT:

S/**John L. Kane**
Senior Judge, United States District Court