IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-01754-REB-MEH

SUNRISE MEDICAL HHG INC., a California corporation,

    Plaintiffs,

v.

PERMOBIL, INC., a Tennessee corporation,
TODD NOVAK, an individual,
KEVIN MARPLE, an individual, and
SANDRA JOHNSON, an individual,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Stipulation For Dismissal With Prejudice** [#45], filed December 21, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#45], filed December 21, 2007, is **APPROVED**;

2. That the Trial Preparation Conference set for September 12, 2008, is **VACATED**;

3. That the trial to the court set to commence September 15, 2008, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 26, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**